# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| **IN RE:**<br>Paulette Johnson<br>21 Vine St<br>Athens, GA  30601-3054 | **CHAPTER 13**<br><br>**Case Number:** 11-31080-JPS<br><br>**ATTORNEY:**  R. JEFFREY FIELD & ASSOC. |

## TRANSMITTAL OF UNCLAIMED FUNDS

Now comes the Chapter 13 trustee and transmits to Kyle George, Clerk of the United States Bankruptcy Court, the sum of $2,118.21 in unclaimed funds on behalf of the above-referenced debtor. The last known address for the creditor is as follows:

Zenith Acquisition Corp
P.O. Box 850
Amherst, NY 14226

**DATED:** June 16, 2016

/s/ Camille Hope

**Camille Hope, Trustee**
**P.O. Box 954**
**Macon, GA 31202**
**(478) 742-8706**